IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

    Crim. No. 22-00409

IRVING JOEL TORRES PACHECO,

    Defendant.

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned attorney, and most respectfully states and prays as follows:

Kindly enter my appearance as counsel of record for defendant Irving Joel Torres Pacheco.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to all parties of record.

**WHEREFORE**, it is respectfully requested that the Court grant the above request.

At Sabana Grande, Puerto Rico, on this the 11th day of October, 2022.

    Respectfully Submitted,

*/s/ Peter A. Santiago González*
PETER A. SANTIAGO GONZALEZ, ESQ
USDC # 304201
P.O. Box 1414
Sabana Grande, PR 00637
Phone: 787-396-9029
email: bufetesg@gmail.com